# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5508
_____

FURMAN O. CLARK, JR.,

Appellant,

v.

LALA H. CLARK,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

April 3, 2018

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Furman O. Clark, Jr., pro se, Appellant.

No appearance for Appellee.